**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GEURYS SOSA,

                    Plaintiff,

      -against-                      17 **CIVIL** 417 (ER)

                                      **JUDGMENT**

DENNIS BUSTOS, RICHARD
BROWN, ROBERT STRELL, JOHN
SPROULE, WILLIAM GEIMANO,
SEAN BREW, FRANK HERNANDEZ,
FRANK FELICIANO, FERNANDO
GUIMARAES, NELSON PABON,
WILLIAM LOGAN, and CITY OF
NEW YORK,

                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 22, 2020, the Federal and City Defendants' Motions to dismiss are granted; As no claims remain, the Court does not reach Sosa's Motion for U Visa certification; accordingly, this case is closed.

**Dated:**  New York, New York

      April 27, 2020

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                          **Clerk of Court**
                                    **BY:**
                                                            **Deputy Clerk**